# Court of Appeals
# of the State of Georgia

ATLANTA, March 24, 2025

*The Court of Appeals hereby passes the following order*

## A25I0165. CITY OF ATLANTA, A MUNICIPAL CORPORATION OF THE STATE OF GEORGIA et al v. CHARMAINE TURNER et al.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

21EV003423



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, March 24, 2025.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*